UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---------------------------------X
UNITED STATES OF AMERICA,       )
                                )
                                ) Case No. 8:04-cr-220-T-30MSS
vs.                             ) Tampa, Florida
                                )
EMILIO ECHARTE                  ) September 02, 2004
                                )
           Defendant.           )
---------------------------------X

### FINAL REVOCATION HEARING
### BEFORE THE HONORABLE JAMES S. MOODY, JR.
### UNITED STATES DISTRICT JUDGE

\*   \*   \*

APPEARANCES:

| | |
|---|---|
| For the Government: | JEFFREY DOWNING, ESQUIRE<br>Assistant United States Attorney<br>400 North Tampa Street<br>Suite 3200<br>Tampa, Florida 33602 |
| For the Defendant: | TRACY DREISPUL, ESQUIRE<br>Assistant Public Defender<br>400 North Tampa Street<br>Suite 2700<br>Tampa, Florida 33602 |
| Reported by: | Diane L. Montana<br>Montana Reporting Service, Inc.<br>3000 Gulf to Bay Boulevard<br>Clearwater, Florida 33759<br>727-797-2304 |