RECEIVED

2012 JUL 13 AM 11:58

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Emilio Echarte
Fed. Reg. No. 17591-016
LSCI Butner Low WB
P.O. Box 999
Butner, NC 27509

In Re: Crim. Case No. 8:04-cr-220-T-30MSS.

6/19/2012

Dear Judge Moody,

    I am writing you as a last hope to request for you to run my two sentences concurrent as opposed to consecutive as they are now.

```
BUFCR  540*23 *           SENTENCE MONITORING         *    06-29-2011
PAGE 001      *           COMPUTATION DATA            *    15:46:07
                          AS OF 06-29-2011
```

REGNO..: 17591-016 NAME: ECHARTE, EMILIO

```
FBI NO............: 430877G        DATE OF BIRTH: 07-28-1937
ARS1..............: BUF/A-DES
UNIT..............: WAKEB           QUARTERS.....: W08-039L
DETAINERS.........: NO              NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 03-15-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 09-15-2016 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

```
COURT OF JURISDICTION............: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER....................: 8:03-CR-215-T-24EAJ
JUDGE............................: BUCKLEW
DATE SENTENCED/PROBATION IMPOSED: 07-30-2004
DATE COMMITTED...................: 02-02-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO     AMOUNT: $00.00
```

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY TO MANUFACTURE WITH THE INTENT TO DISTRIBUTE
        100 GRAMS OR MORE OF PHENCYCLIDINE

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    144 MONTHS
TERM OF SUPERVISION.............:     60 MONTHS
DATE OF OFFENSE.................: 06-02-2003
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 17591-016 NAME: ECHARTE, EMILIO

------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 10-03-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-03-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 07-30-2004
TOTAL TERM IN EFFECT............:  144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   12 YEARS
EARLIEST DATE OF OFFENSE........: 06-02-2003

JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                   09-19-2003     07-29-2004

TOTAL PRIOR CREDIT TIME.........: 315
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 433
TOTAL GCT EARNED................: 273
STATUTORY RELEASE DATE PROJECTED: 07-12-2014
EXPIRATION FULL TERM DATE.......: 09-18-2015


PROJECTED SATISFACTION DATE.....: 07-12-2014
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: DETAINED IN CONTINUOUS CUSTODY SINCE 09-19-03.




G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 17591-016 NAME: ECHARTE, EMILIO


------------------------CURRENT COMPUTATION NO: 040 ------------------------

COMPUTATION 040 WAS LAST UPDATED ON 10-03-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-03-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 07-12-2014
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 10-21-1992

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    09-25-2002    09-25-2002

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 09-15-2016
EXPIRATION FULL TERM DATE.......: 01-10-2017


PROJECTED SATISFACTION DATE.....: 09-15-2016
PROJECTED SATISFACTION METHOD...: GCT REL

            THIS IS AN SRV SENTENCE TO DOCKET #CR 92-0448-01. SENTENCE IS
            TO RUN CONSECUTIVE TO DOCKET #8:03-CR-215-T-24EAJ.




G0000        TRANSACTION SUCCESSFULLY COMPLETED

REGNO..: 17591-016 NAME: ECHARTE, EMILIO

FBI NO............: 430877G          DATE OF BIRTH: 07-28-1937
ARS1..............: BUF/A-DES
UNIT..............: WAKEB             QUARTERS.....: W08-039L
DETAINERS.........: NO                NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-15-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-15-2016 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION............: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER....................: 8:04-CR-220-T-30MSS
JUDGE............................: MOODY, JR.
DATE SENTENCED/PROBATION IMPOSED: 04-13-1994
DATE SUPERVISION REVOKED.........: 09-02-2004
TYPE OF SUPERVISION REVOKED......: REG
DATE COMMITTED...................: 02-02-2005
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES            COSTS
NON-COMMITTED.:  $200.00         $00.00            $00.00           $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 381
OFF/CHG: SRV - 21:841(A)(1), 841(B)(1)(C), 841(B)(1)(B)(II), 853:
         UNLAWFUL DIST OF COCAINE, 500GRMS+ OF COCAINE, CRIMINAL
         FORFEITURE

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S TO 030, 010, 030
 DATE OF OFFENSE.................: 10-21-1992




G0002        MORE PAGES TO FOLLOW . . .


*When Life Depends on Medical Technology*

**Greetings from Medtronic Patient Registration!**
As a recipient of Medtronic devices and therapies, our Patient Registration department would like to assure you that you are in very good company. Many people are leading active lives with the help of a Medtronic medical device. With over 50 years of experience, Medtronic is the world's leading medical technology company. As such, we are pleased to extend our knowledge and services to you. Please refer to the following information regarding your medical device(s).

**Attached is your Medical Device Identification (ID) Card:**
Please carry this card with you at all times. Your card will provide quick information about your device for your doctor during follow-up visits or if you require emergency medical assistance.

To ensure that your ID card is up to date, please check that:
- Your name and address are correct as printed on your card.
- The doctor's name and phone number printed on your card is your current doctor.

(Please note: The doctor listed on your ID card should be the doctor providing ongoing follow-up care for your implanted device(s). This doctor may or may not be the same doctor who implanted your device.)



Please contact Medtronic if any of the following changes:

- Name and address
- Telephone number or area code
- Doctor information listed on ID card

Toll free: 1-800-551-5544
Website: www.medtronic.com

*Para solicitar esta carta en español, llame a nuestro Departamento de Servicios para Pacientes al número en su tarjeta de identificación.*

**Please see back for commonly asked questions.**

Patient Telephone Number:
(919) 575-5000
Patient Date of Birth:
06/28/1937

000391-7636110  C
Emillio Echarte
PO Box 999
Butner NC 27509-0999

```
BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MEdical/Dr. R. Blocker | 3/19/07 |
| FROM: Emilio Echarte | REGISTER NO.: 17591-016 |
| WORK ASSIGNMENT: MED, UNN | UNIT: B-2 122L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I want to remind you that the check-up time for my Df. Pace Maker is past due, and it is very important that it be on time because it could be very harmfull to my health, also I am finding it hard to speak at times and have to force my voice wich is leaving me with much pain in my neck. This is important and should be looked into promtly.

Thanking you in advance for your time.

*[signed] Emilio Echarte*

(Do not write below this line)

DISPOSITION:

You are scheduled to see me on 3/23 to discuss this

Signature Staff Member: *[signed]*   Date: 3/19/07

G. Link, PA-C
Physician's Assistant
FCI/FPC Edgefield

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

P-S148.70  **INMATE REQUEST TO STAFF**  CDFRM
Oct. 1986
U.S. DEPARTMENT OF JUSTICE                    Federal Bureau of Prisons

---

TO: Clinical Director — Dr. Webster        DATE: 8/31/07
(Name and Title of Staff Member)

FROM: Echark, Emelio        REGISTER NO.: 17591-016

WORK ASSIGNMENT: A         UNIT: F

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dr. Webster, I was recieved at the Hospital on 23 August 2007, to undergo Surgery for a Pace-maker. On 24 August 2007, I was recieved back into Terre Haute open population. Since that time I have not been seen by you or the other Hospital staff concerning my Health's stability. Please note that I am still swollen from the operation and I am enduring "massive" Pain from the incision. I would like to speak with you as soon as possible due to the fact that I am experiencing some abnormalities. This would assist me if you could answer some of my questions. Thank you.

(Do not write below this line)

---

DISPOSITION: You are schedule to see your physician the week of September 10, 07. Please sign up for sick call if you need medical care before then.

G. Uccello AHSA  8/31/07
(Staff Member) Assistant Health Administrator   (Date)
FCC Terre Haute



Medtronic, Inc.
Cardiac Rhythm Disease Management
MVN61
8200 Coral Sea St. NE
Mounds View, MN 55112
www.medtronic.com

tel 763.526.3333
fax 800.341.8847

June 25, 2008

Emillio Echarte
4200 Bureau Rd. N
Terre Haute IN 47802 8128

RE:  Model: 7304  S/N: PRL126712H  (E772950)

Dear Mr. Echarte:

It is our understanding you wished to have your implantable cardioverter-defibrillator (ICD) returned to you after it was analyzed. We are happy to return devices to our patients, however they are intended for display purposes only.

In order to proceed, we will need your written permission to deactivate the device. Please sign the attached form and return it in the postage paid envelope at your convenience.

If you do not wish to receive your device back, please check the box on the attachment.

Due to safety concerns with handling this type of device, it will need to be permanently deactivated before returning it to you. To do this, we will "short out" the circuitry. This will not alter the appearance in any way but the device will no longer be functional and cannot be retested.

Medtronic is committed to providing the highest quality in both technology and service to physicians and their patients. If you have any questions regarding your implanted device, please contact our Patient Services Department at 800/551-5544, x41835.

Sincerely,

MEDTRONIC, INC.

Physician Communications
Amy Stratig
(800)328-2518 ex. 65670
Fax #: (800)341-8847

*Alleviating Pain · Restoring Health · Extending Life*

COP-OUT

To: Health Services          Date: 01-09-08

From: Emilio Echarte          Work Assignment: Library
Reg. No.: 17591-016

On August 23rd, 2007 I was taken to the the hospital to have my pacemaker checked, something that had not been done since October 11, 2006.

Once at the hospital I was told that had I come a day later I could have died, that my pacemaker needed to be replaced. That day, August 23rd, 2007 the pacemaker was replaced and the next day I was brought back to FCI Terre Haute. The doctor at the hospital told me that he would see me again in ten days, however I have not been seen by any cardiologist since I left the hospital.

I have been complaining about the pacemaker since the day it was replaced. The hospital administrator at FCI Terre Haute, Mr. Rupska, called Doctor Iman at the hospital to inquire about my situation and have him see me but this has not happened.

Ever since the pacemaker was replaced I have been feeling muscle pain in my chest, I notice swelling in the region and the scar feels like is going to burst open. I also feel as if the wire is broken and is pushing into the collarbone.

# JENIFER WICKS
## ATTORNEY AT LAW

The Webster Building
503 D Street, NW
Suite 250A
Washington, D.C. 20001

Chauncey Wood (D.C., MA, NY)
Of Counsel

Telephone (202) 393-3004
Facsimile (202) 478-0867
Email: Jenifer.Wicks@verizon.net

DATE:       July 22, 2009

TO:         Warden's Office
            FCI BUTNER LOW
            FEDERAL CORRECTIONAL INSTITUTION
            Facsimile 919-575-5023

FROM:       Jenifer Wicks

PAGES:      1, including coversheet

RE:         Emilio Echarte   17591-016

I am trying to contact the facility and specifically the medical unit to speak to a doctor about my client Emilio Echarte. I understand that Mr. Escharte was seen outside of the institution today and was told by the doctor that his pacemaker needs to be immediately because the cabling is destroyed. He was then brought back to the institution although apparently he was given the impression that he needs hospitalization until this is done. He was told by the institution that he would not be taken back until the operation was authorized. He was very concerned to be brought back to the institution without this operation being done.

I thank you in advance for your attention to this matter.

THE INFORMATION CONTAINED IN THIS FACSIMILE COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED AND OTHERS WHO HAVE BEEN SPECIFICALLY AUTHORIZED TO RECEIVE IT. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR IF ANY PROBLEMS OCCUR WITH TRANSMISSION, PLEASE NOTIFY ABOVE LISTED SENDER AT 202-393-3004.

# WAKE HEART & VASCULAR ASSOCIATES, P.A.

J. Tift Mann, III, M.D., F.A.C.C.
Michael J. Zellinger, M.D., F.A.C.C.
William N. Newman, M.D.
Gregory C. Rose, M.D., F.A.C.C.
James R. Foster, M.D., F.A.C.C.
Joel E. Schneider, M.D., F.A.C.C.
Eric M. Janis, M.D., F.A.C.C.
J. Richard Daw, M.D., F.A.C.C.
R. Lee Jobe, M.D., F.A.C.C.
Randolph A. S. Cooper, M.D., F.A.C.C.
Jimmy Locklear, M.D., F.A.C.C.
Robert B. Wesley, II, M.D., F.A.C.C.
Joseph M. Falsone, M.D., F.A.C.C.
Kevin R. Campbell, M.D., F.A.C.C.
Benjamin G. Atkeson, M.D., F.A.C.C.
Ravish Sachar, M.D., F.A.C.C.
Arthur Y. Chow, M.D., F.A.C.C.
Christian N. Gring, M.D., F.A.C.C.
Matthew A. Hook, M.D., F.A.C.C.
Andrew C. Kronenberg, M.D., F.A.C.C.
Mateen Akhtar, M.D., F.A.C.C.
Matthew S. Forcina, M.D.
Richard J. Pacca, M.D.

3000 New Bern Avenue
Suite G100
Raleigh, NC 27610
Office: 919-231-8253
FAX: 919-231-9546

4325 Lake Boone Trail
Suite 315
Raleigh, NC 27607
Office: 919-787-5380
FAX: 919-787-3415

300 Ashville Avenue
Suite 301
Cary, NC 27518
Office: 919-851-6901
FAX: 919-851-9354

910 Berkshire Road
Smithfield, NC 27577
Office: 919-989-7909
FAX: 919-989-3147

2076 NC Hwy. 42 West
Suite 100
Clayton, NC 27520
Office: 919-359-0322
FAX: 919-359-0326

3320 Wake Forest Road
Suite 204
Raleigh, NC 27609
Office: 919-790-5391
FAX: 919-790-6823

500 Redwood Lane
Louisburg, NC 27549
Office: 919-496-3909
FAX: 919-496-5032

6905 Knightdale Blvd.
Suite 103
Knightdale, NC 27545
Office: 919-573-1220
FAX: 919-573-1215

October 26, 2010

**Wake Heart & Vascular Associates forms an affiliation with UNC Health Care System**

Dear Valued Patient:

In an effort to increase the collaboration on cardiovascular research and preventative care, we are pleased to announce that Wake Heart and Vascular Associates will be forming an affiliation with the UNC Health Care System. This affiliation, effective January 2011, will also provide us the opportunity to expand our scope of cardiovascular services statewide.

Please note that Wake Heart and Vascular Associates will remain an independently functioning practice. Our operations will continue as normal at all locations. You can expect to receive the same high level of care we are proud to be known for throughout the region. We will also continue to see patients at area hospitals, including WakeMed, Rex, Duke Raleigh, Johnston Health and other hospitals in Eastern North Carolina.

This affiliation is the next step in providing the focus needed in cardiovascular services for patients across the state. Our physicians will now be able to tap into the latest research and expertise associated with a world-class academic institution like UNC. And this in turn will allow all our patients to have more access to clinical trials and new therapies resulting in the best cardiovascular care available in the area.

We believe that Wake Heart will be better positioned to serve the community in a stronger capacity as preparations are being made to adapt to health care reforms. This collaboration is a positive step forward in making this happen.

You might be wondering how this announcement may affect service fees and your coverage. Since we remain an independent practice, we expect no change in fee structure or costs to patients, and no change in insurance plans due to our affiliation with UNC.

If you have any questions regarding this announcement, please feel free to contact your Wake Heart physician or call us at 877-WAKEHEART (877-925-3432).

Sincerely,

*Michael Zellinger, M.D., F.A.C.C.*

Dr. Michael Zellinger
President



U. S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Complex

---

Federal Medical Center
P. O. Box 1600
Butner, NC 27509

FROM: FCC Butner Utilization Review Committee

SUBJECT: Medical Consult Review

TO: Inmate __Echaite, Emilio__
Reg. No.: __17591-016__
Unit: __Wake B - LSCI__

W/B

Your medical consult for __Defibrilator Check__ has been

☑ Approved
☐ Deferred
☐ Denied

at this time. The Utilization Review Committee concluded that the present consult is

☑ Acceptable
☐ Necessary
☐ Mandatory
☐ Convenience of Inmate
☐ Not Medically Necessary
☐ Alternative Treatment Plan

consisting of _____

---

If the above medical consult is approved, the consult will then be scheduled based on prioritization at the next available appointment. In the meantime, you should continue to utilize sick call procedures and continue to work with your primary care clinician team regarding any medical concerns.

__5/14/09__
Date

_[signature]_ for C. Duchesne MD
C. Duchesne, M.D., Clinical Director
Utilization Review Chairman

cc: Medical Record

(Revised 6/03)

**Q: How is my medical device registered?**

**A:** The process begins at the time of implant when a registration form is completed at the implant facility and sent to the manufacturer. At Medtronic, the registration information becomes part of a computer database that is continually updated to ensure the information is accurate and current.

**Q: Does my device need to be registered?**

**A:** If the implant was done in the United States, the Food and Drug Administration (FDA) Device Tracking Regulation states that certain implantable medical devices implanted in the United States must be tracked from the manufacturer to the treating doctor and patient or are recommended to be tracked for safety, quality and effectiveness purposes. This allows manufacturers to notify your doctor of any relevant information about your device(s).

**Q: Why do you capture my social security number?**

**A:** Your social security number, secure in our database, is your unique identifier that allows us to better track your device records. For your security, your social security number, date of birth, and telephone number are not printed on your ID card.

**Q: Is my registration information confidential?**

**A:** Yes. Medtronic respects the sensitivity of your registration information and protects its confidentiality.

**Q: How does Medtronic address patient confidentiality?**

**A:** Your safety and quality of care is the focus of our tracking efforts. Medtronic treats your registration information confidentially. We also respect your right to refuse tracking of your medical device. If this is your preference, please contact us to note this on your record.

**Q: What should I do if I move or change my follow-up doctor?**

**A:** It is important that you contact Medtronic to change the information on record. Your help is needed to keep your information current and will help us to better serve you and your doctor. Medtronic has a patient toll-free telephone number printed on the enclosed ID card. You may also update your record via www.medtronic.com.

**Q: Should I carry my Identification Card all the time?**

**A:** Yes. Your ID card should be carried with you so that this important information about you, your device(s), and your doctor is available quickly if there is a situation that requires medical care. If you do not have your card with you, your doctor or nurse can call Medtronic or the Medical Records Department of the hospital where the implant took place for the information. Contact Medtronic for a new card.

Your ID card is very helpful if you travel by air. Although airport screening devices are unlikely to interfere with your device(s), they may detect the metal housing and set off the alarm. Therefore, it may be necessary to present your ID card to airline personnel to obtain clearance.

**Please note:** An implanted heart valve will not interfere with metal detection systems.

**Q: Who monitors or checks my device?**

**A:** Your follow-up doctor checks your device. He or she may prescribe telephone or remote monitoring and its frequency. Not all devices are prescribed telephone or remote checks. Many doctors prefer to have device checks done in their office.

**Please note:** Medtronic does not monitor or check devices; contact your follow-up doctor or monitoring service with questions. Some Medtronic heart devices have the ability to use our Medtronic CareLink® remote monitoring service. We invite you to learn more about Medtronic CareLink® remote monitoring by visiting www.medtronic.com/carelink. Using the Medtronic CareLink® monitor and a standard phone line, allows heart device patients to send device information from home or away during regularly scheduled times. Clinicians can review the patients' device data almost immediately or within a short time through a secure website.

**Q: How can I learn more about my device?**

**A:** Your doctor is best suited to answer your questions about your medical condition. For information on all of our devices and therapies please visit www.medtronic.com and click on "Your Health".

At Medtronic, we are dedicated to supporting our mission: *"To alleviate pain, restore health and extend life"*.